March 27, 2009

Mr. Shannon H. Ratliff
Ratliff Law Firm, P.L.L.C.
600 Congress Ave., Suite 3100
Austin, Tx 78701-2984
Ms. Deborah G. Hankinson
Hankinson Levinger LLP
750 North St. Paul Street, Suite 1800
Dallas, TX 75201

RE: Case Number: 05-0729
 Court of Appeals Number: 13-99-00757-CV
 Trial Court Number: 96-7-8148

Style: EXXON CORPORATION AND EXXON TEXAS, INC.
 v.
 EMERALD OIL & GAS COMPANY, L.C.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Ruby Garcia |
| |Ms. Cathy Wilborn|
| | |
| |Mr. Zachary S. |
| |Brady |